# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LISA ROGERS**                                                                                      **PLAINTIFF**

**V.**                    **CASE NO.: 3:10CV00041 SWW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's motion for extension of time to file a brief (docket entry #9) is GRANTED. The time is extended to, and including, July 11, 2010.

Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 15th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE