# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LISA ROGERS**                                                                                               **PLAINTIFF**

**v.**                            **3:10CV00041 SWW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                               **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#2) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 24th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE