# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LISA ROGERS**                                                           **PLAINTIFF**

**v.**                       **3:10CV00041 SWW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                    **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 24th day of January, 2011.

                                                                     /s/Susan Webber Wright

                                                    UNITED STATES DISTRICT JUDGE